## Bitzer v. Commonwealth.

Appeal from Jefferson Circuit Court (Criminal Division).

OPINION OF THE COURT BY JUDGE NUNN—Affirming.

The questions involved on this appeal have been decided in an opinion rendered in a case styled the same as the above, and which opinion is this day delivered. For the reasons stated in that opinion, the judgment in this case is affirmed.

---

## Bitzer v. Commonwealth.

Appeal from Jefferson Circuit Court (Criminal Division).

OPINION OF THE COURT BY JUDGE NUNN—Affirming.

The exact questions involved on this appeal have been this day decided in a case styled the same as this one, the opinion in which is this day delivered, and for the reasons therein stated, this case is affirmed.